

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2023

No. 04-23-00915-CV

**IN RE FMO MEDIA, LLC**,
Relator

Original Proceeding[1]

**ORDER**

On October 13, 2023, relator filed a petition for writ of mandamus. This court has determined relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 6, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2023CV00378, styled *Clarity Mortgage, LLC v. FMO Media, LLC*, County Court at Law No. 10, Bexar County, Texas, the Honorable David J. Rodriguez presiding.